# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILLIAN LOMAX,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,[1]<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:16-CV-07055-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: November 15, 2017     _____
                                                    HON. STEVE KIM
                                                    U.S. MAGISTRATE JUDGE

---

[1] Nancy Berryhill, the current Commissioner, is substituted as Defendant for former Acting Commissioner Carolyn W. Colvin. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).